UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies and to

WARDEN
ESSEX COUNTY HOUSE OF CORRECTION, MIDDLETON, MASSACHUSETTS

YOU ARE COMMANDED to have the body of PHILLIP THOMPSON now in your custody, before the United States District Court for the District of Massachusetts at Boston on October 2, 2013, at 9:00 a.m. for the purpose of an initial appearance in Courtroom 15, 5th Floor, 5th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, in the case of United States v. Phillip Thompson, Cr. No. 13-10285-JLT.  And you are to retain the body of said PHILLIP THOMPSON while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 1st day of October, 2013.

Robert Farrell
Clerk

By: _____
Thomas Quinn
Deputy Clerk

Requested by AUSA Timothy E. Moran