UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
13-10285-JLT

UNITED STATES OF AMERICA

v.

PHILLIP THOMPSON

**ORDER PURSUANT TO UNITED STATES v. KING,
818 F.2D 112, 115, footnote 3 (1st Cir. 1987)**

October 2, 2013

DEIN, U.S.M.J.

The defendant is charged in an indictment with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).  An initial appearance/arraignment was held before this court on October 2, 2013, at which time the defendant was represented by counsel.  The government moved for detention on the grounds that the defendant poses a danger to the community and risk of flight, and that detention is warranted pursuant to 18 U.S.C. §§ 3142(f)(1)(D), (f)(1)(E), (f)(2)(A) and (f)(2)(B).

The defendant is presently in state custody awaiting trial for another crime. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, footnote 3 (1st Cir. 1987).

I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case. Id. It is ORDERED that the detention hearing be, and the same hereby is, CONTINUED until further order of this Court. It is FURTHER ORDERED that the defendant be, and he hereby is, DETAINED pending the detention hearing. See 18 U.S.C. § 3142(f) ("During a continuance, the defendant shall be detained . . . ."). The U.S. Marshal is ORDERED to lodge a detainer against the defendant on the basis of the within Order.

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. § 3145(b).

/ s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE