(Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13cr10285-JLT |
| PHILLIP THOMPSON a/k/a "Domino" | ) | (Dein) |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PHILLIP THOMPSON a/k/a "Domino",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1)

Date:   09/25/2013

_____
Issuing officer's signature

City and state:   Boston, Massachusetts        Chief United States Magistrate Judge Leo T. Sorokin
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   WARRANT EXECUTED BY   FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   12/2/2013

_____
*Arresting officer's signature*

_____
*Printed name and title*