UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 13-10285-JLT |
| ) | |
| **PHILLIP THOMPSON** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT STATUS REPORT

Pursuant to Local Rules 116.5(a), the United States of America and the defendant submit this joint status report in advance of the Initial Status Conference, which is currently scheduled for November 14, 2013. As discussed below, the parties request that the Court transfer the case to the District Court for a change of plea hearing and that the Court waive the hearing pursuant to Local Rule 116.5.

1. Automatic Discovery Status

The government produced automatic discovery.

2. Additional Discovery

The government does not anticipate producing additional discovery.

3. Timing of Additional Discovery Requests

The defendant has no additional discovery requests.

4. Protective Orders

The parties do not request a protective order.

5. <u>Pretrial Motions</u>

The defendant does not intend to file any pretrial motions pursuant to Fed. R. Crim. P. 12(b).

6. <u>Expert Discovery</u>

The government has produced its expert witness disclosures.

7. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations.  On October 2, 2013, the Court entered an order excluding the time from the defendants' initial appearance and arraignment through November 14, 2013.  Accordingly, zero days have been counted and 70 days remain under the Speedy Trial Act.

The parties jointly request that the time from November 14, 2013, until the first appearance before the District Court be excluded from Speedy Trial Act calculations.  Exclusion of this time will allow the parties to prepare the case for disposition short of trial and is in the interests of justice.

8. <u>Request for Rule 11 Hearing</u>

The parties request that the Court transfer the case to the District Court for a Rule 11 hearing.

                                                 Respectfully submitted,

| PHILLIP THOMPSON | CARMEN M. ORTIZ |
| --- | --- |
|  | UNITED STATES ATTORNEY |
| By: <u>Paul J. Garrity</u> |  |
| PAUL J. GARRITY | By: <u>Timothy E. Moran</u> |
| Counsel for Phillip Thompson | Timothy E. Moran |
|  | Assistant United States Attorney |

Dated: November 14, 2013

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Timothy E. Moran</u>
Timothy E. Moran