UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
13-10285-JLT

UNITED STATES OF AMERICA
v.

PHILLIP THOMPSON

**INITIAL/FINAL STATUS REPORT AND ORDER ON EXCLUDABLE TIME**

November 14, 2013

DEIN, M.J.

An Initial Status Conference was scheduled to be held before this court on

November 14, 2013, but the parties requested pursuant to the provisions of Local Rule

116.5(c) that the case be sent to the District Judge for a Rule 11 hearing.

Consequently, the court enters the following report::

1.  The defendant requests that the case be transferred to the District Judge for a Rule 11 hearing.

2.  Based upon the prior order of the court dated October 2, 2013, at the time of the Final Status Conference on November 14, 2013 there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

3.  Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty.  See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).

4.  The file is here ordered returned to the District Judge to whom this case is assigned for further proceedings.

/ s / Judith Gail Dein
JUDITH GAIL DEIN

UNITED STATES MAGISTRATE JUDGE