UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  DOCKET NO. 13-CR-10285-JLT

PHILLIP THOMPSON

ASSENTED TO MOTION TO CONTINUE

    NOW COMES the defendant, Phillip Thompson, by and through counsel, and hereby move this Court to continue his December 9, 2013 Rule 11 Hearing to a later date.

    In support of this Motion, the defendant states as follows:
1. The defendant is scheduled to appear in this Court for his Rule 11 Hearing on December 9, 2013, at 12:30 p.m.;
2. The undersigned counsel has a previously scheduled trial at the 10th Circuit/District Division/Seabrook Court on December 9, 2013, State v. Jan Kevlik, and a previously scheduled case status hearing at the 10th Circuit/District Division/Derry Court, State v. Beedham, also on December 9, 2013.
3. The accused is aware of this Motion.
4. That the U.S. Attorney's Office has no objection to this motion to continue.

    WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue this Rule 11 Hearing to a later date.

                                              Respectfully submitted
                                              Phillip Thompson,
                                              By his Attorney,

Date:   December 3, 2013         /s/Paul J. Garrity
                                       Paul J. Garrity
                                       Bar No. 555976
                                       14 Londonderry Road
                                       Londonderry, NH 03053
                                       603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 3rd day of December, 2013, a copy of the within Assented to Motion to Continue was e-mailed, to the U.S. Attorney's Office and all parties on record and mailed, postage prepaid, to Phillip Thompson

                              /s/ Paul J. Garrity
                              Paul J. Garrity