UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              DOCKET NO. 13-CR-10285-JLT

PHILLIP THOMPSON

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Phillip Thompson, by and through counsel, and hereby move this Court to continue his March 12, 2014 Rule 11 Hearing to a later date.

In support of this Motion, the defendant states as follows:
1. The defendant is scheduled to appear in this Court for his Rule 11 Hearing on March 12, 2014, at 11:00 a.m.;
2. The undersigned counsel has a previously scheduled trial at the Lynn District Court in Massachusetts, Commonwealth v. Felix Cruz. The undersigned counsel attempted to have this trial continued but the Motion to Continue was denied by Judge Conlon of the Lynn District Court.
3. The accused is aware of this Motion.
4. That the U.S. Attorney's Office has no objection to this motion to continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue this Rule 11 Hearing to a later date.

                                        Respectfully submitted
                                        Phillip Thompson,
                                        By his Attorney,

Date:   March 12, 2014          /s/Paul J. Garrity
                                      Paul J. Garrity
                                      Bar No. 555976
                                      14 Londonderry Road
                                      Londonderry, NH 03053
                                      603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 12th day of March, 2014, a copy of the within Assented to Motion to Continue was e-mailed, to the U.S. Attorney's Office and all parties on record and mailed, postage prepaid, to Phillip Thompson

        /s/ Paul J. Garrity
        Paul J. Garrity