# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No.  **13-10285-JLT** |
| ) | |
| **PHILLIP THOMPSON,**   ) | |
|      Defendant.   ) | |

## JOINT MOTION FOR ORDER CLARIFYING ENDS-OF-JUSTICE CONTINUANCE, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Timothy E. Moran, and the defendant through undersigned counsel, respectfully move this Court for an order clarifying that the Court granted a continuance of the time within which the trial of the charged offense must commence, and excluded the time period from November 14, 2013, through and including the date of the change of plea hearing, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding these periods and granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties further ask this Court to issue the attached proposed *Order of Excludable Delay*.  In support of this request, the parties state as follows:

1

1.      In a joint status report submitted pursuant to Local Rule 116.5(c), the parties requested that the Court schedule the case for a change of plea hearing.  The parties also requested that the Court exclude all the time until the change of plea hearing.  The parties submit that their purpose in seeking the order for excludable delay was to ensure that the defendant and his counsel have the reasonable time necessary to review discovery, investigate the evidence, prepare for the change of plea hearing and consider any proposed plea agreement.  The parties also submit that the time excluded was "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

2.      On November 14, 2013, the Court issued a Final Status Report and Order on Excludable Time, reporting the case to the District Court for a change of plea hearing and ordering the entry of excludable time pursuant to 18 U.S.C. § 3161(h)(1), from November 14, 2013, until the date that "the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988)."  Order dated Nov. 14, 2013, at 1.  The docket note of that day further clarified the basis of the exclusion: "§ 3161(h)(1)(G) Consideration of proposed plea agreement."

3.      On November 25, 2013, the District Court scheduled a change of plea hearing for December 9, 2013.  On December 3, 2013, the defendant moved to continue the change of plea hearing.  On December 4, 2013, the District Court granted the motion to continue and asked the parties to suggest available dates in January.  On February 26, 2014, the District Court scheduled

the change of plea hearing for March 12, 2014.  On March 12, 2014, the defendant again moved to continue the change of plea hearing.  The same day, the District Court granted the motion to continue, scheduled the hearing for March 26, 2014, and noted that "No further continuances will be granted."  On March 20, 2014, the District Court canceled the change of plea hearing, with a new date to be announced by the Court.

4. Although the change of plea hearing has been continued and is not currently pending, the parties continue to request that all time until the change of plea hearing is held be excluded.  Accordingly, the parties ask this Court to enter the attached proposed order clarifying that it granted a continuance of the time within which the trial of the charged offense must commence, and excluded the time period from November 14, 2013, through and including the date of the change of plea hearing, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).  See also Mentz, 840 F.2d at 330-31.

|  | Respectfully submitted, |
|---|---|
| PHILLIP THOMPSON, | CARMEN M. ORTIZ |
| By his attorney, | United States Attorney |
| | |
| /s/Paul J. Garrity | /s/ Timothy E. Moran |
| Paul J. Garrity | Timothy E. Moran |
| Counsel to Phillip Thompson | Assistant U.S. Attorney |

Date: April 9, 2014

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: /s/ Timothy E. Moran
Timothy E. Moran
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
     v. )   Criminal No. **13-10285-JLT**
)
**PHILLIP THOMPSON,** )
   Defendant )

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

TAURO, J.

Upon consideration of the parties' joint motion seeking clarification of an order of excludable delay from November 13, 2013 through and including the date of the change of plea hearing, the Court finds as follows:

1. In a joint status report submitted pursuant to Local Rule 116.5(c), the parties requested that the Court schedule the case for a change of plea hearing. The parties also requested that the Court exclude all the time until the change of plea hearing.

2. The Court granted a continuance of the time within which the trial of the charged offense must commence, and granted the parties' request for the entry of an order of excludable delay from November 14, 2013 through and including the date of the change of plea hearing, on the ground that the requested continuance and exclusion were necessary to ensure that the defendant and his counsel had "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(1)(G), 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts. In particular, the Court concluded that the continuance and the excludable delay were

necessary to ensure that the defendant and his counsel had the reasonable time necessary to review discovery, investigate the evidence, and consider any proposed plea agreement.

3.  **The Court thus confirms that the ends of justice served by continuing the time within which the trial of the offenses charged in the indictment must commence, and excluding the time period from November 13, 2013, through and including the date of the change of plea hearing, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the** *Plan for Prompt Disposition of Criminal Cases* **for the United States District Court for the District of Massachusetts.** Accordingly, the Court hereby grants the parties' *Joint Motion for Order Clarifying Ends-of-Justice Continuance, and Exclusion of Time, Under the Speedy Trial Act.*

> _____
> **JOSEPH L. TAURO**
> **UNITED STATES DISTRICT JUDGE**

DATE: April \_\_, 2104