UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. <u>13-10285-JLT</u> |
| ) | |
| PHILLIP THOMPSON, ) | |
| Defendant ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Casper

~~TAURO~~, J.

Upon consideration of the parties' joint motion seeking clarification of an order of excludable delay from November 13, 2013 through and including the date of the change of plea hearing, the Court finds as follows:

1.  In a joint status report submitted pursuant to Local Rule 116.5(c), the parties requested that the Court schedule the case for a change of plea hearing. The parties also requested that the Court exclude all the time until the change of plea hearing.

2.  The Court granted a continuance of the time within which the trial of the charged offense must commence, and granted the parties' request for the entry of an order of excludable delay from November 14, 2013 through and including the date of the change of plea hearing, on the ground that the requested continuance and exclusion were necessary to ensure that the defendant and his counsel had "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(1)(G), 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts. In particular, the Court concluded that the continuance and the excludable delay were

necessary to ensure that the defendant and his counsel had the reasonable time necessary to review discovery, investigate the evidence, and consider any proposed plea agreement.

3. **The Court thus confirms that the ends of justice served by continuing the time within which the trial of the offenses charged in the indictment must commence, and excluding the time period from November 13, 2013, through and including the date of the change of plea hearing,** [now set for April 22, 2014] **outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the** *Plan for Prompt Disposition of Criminal Cases* **for the United States District Court for the District of Massachusetts.** Accordingly, the Court hereby grants the parties' *Joint Motion for Order Clarifying Ends-of-Justice Continuance, and Exclusion of Time, Under the Speedy Trial Act.*

_____
~~JOSEPH L. TAURO~~ Denise J. Casper
UNITED STATES DISTRICT JUDGE

DATE: April 10, 2104