UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                          DOCKET NO. 13-CR-10285-JLT

PHILLIP THOMPSON

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Phillip Thompson, by and through counsel, and hereby move this Court to continue his July 31, 2014 Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on July 31, 2014 at 2:00 p.m.;

2. The undersigned counsel previously obtained funds to have a psychologist evaluate the defendant for sentencing purposes.

3. The psychologist that the defendant has engaged, Dr. Eric Mart, has had scheduling problems and just informed the undersigned counsel on July 17, 2014 that he will not be able to meet with the defendant to conduct the evaluation until July 30, 2014.  The report based on this evaluation will be drafted some time after that July 30, 2014 evaluation.

4. Given the potential importance of the psychological evaluation to the defendant's sentencing and the inability of Dr. Mart to meet with the defendant until the day before the scheduled July 31 sentencing hearing, the defendant is asking that the sentencing hearing be continued.

5. The accused is aware of this Motion.

6. That the U.S. Attorney's Office has no objection to this motion to continue.

7. In addition, the undersigned counsel has prepaid vacation plans out of the state of New Hampshire from August 1 through August 17, 2014 and August 22, 2014.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue this Sentencing Hearing to a later date.

                                        Respectfully submitted
                                        Phillip Thompson,
                                        By his Attorney,

Date:   July 18, 2014                /s/Paul J. Garrity
                                        Paul J. Garrity
                                        Bar No. 555976
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of July, 2014, a copy of the within Assented to Motion to Continue was e-mailed, to the U.S. Attorney's Office and all parties on record and mailed, postage prepaid, to Phillip Thompson

                                        /s/ Paul J. Garrity
                                        Paul J. Garrity