UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10285-DJC |
| | ) | |
| PHILLIP THOMPSON, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

**CASPER, D.J.**

WHEREAS, on September 25, 2013, a federal grand jury sitting in the District of
Massachusetts returned a one-count Indictment charging defendant Phillip Thompson (the
"Defendant") with Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C.
§ 922(g)(1) (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C.
§ 924(d) and 28 U.S.C. § 2461(c), which provided notice that the United States sought the
forfeiture, upon conviction of the Defendant of any offense alleged in Count One of the
Indictment, of all firearms and ammunition involved in the commission of the offense, including
but not limited to the following:

     a.     an F.I.E. .38 caliber revolver, bearing serial number ST17683; and

     b.     six rounds of Federal brand .38 caliber ammunition

(collectively, the "Properties");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable
property, as a result of any act or omission by the Defendant, (a) cannot be located upon the
exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party;

1

(c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c);

WHEREAS, on April 22, 2014, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, on September 15, 2014, a sentencing hearing was held whereby this Court sentenced the Defendant to 42 months incarceration, to be followed by a term of 3 years supervised release, and ordered the Defendant to pay a special assessment of $100;

WHEREAS, on September 16, 2014, this Court issued a Preliminary Order of Forfeiture against the Properties, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 19, 2014, and ending on October 18, 2014; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The United States' Motion for a Final Order of Forfeiture is allowed.

2.      The United States of America is now entitled to the forfeiture of all right, title, or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to

2

18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.      All other parties having any right, title, or interest in the Properties are hereby held in default.

4.      The United States Marshals Service is hereby authorized to dispose of the Properties in accordance with applicable law.

DENISE J. CASPER
United States District Judge

Dated: December 1, 2014

3