UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | DOCKET NO: 13-10285-JD |
| | ) | |
| PHILLIP THOMPSON | ) | |

## MOTION TO BE APPOINTED AS COUNSEL UNDER
## GENERAL ORDER 16-1 FOR DEFENDANT SEEKING RELIEF
## UNDER *JOHNSON V. UNITED STATES*, 135 S. Ct. 2551 (2015

Undersigned counsel respectfully asks to be appointed as counsel for the above-named defendant, for the purpose of preparing and filing a petition under 28 U.S.C. § 2255, seeking relief as a result of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

Lawyers at the Federal Defender Office have reviewed the above-named defendant's case and determined that he has a colorable claim for relief. They have referred the case to undersigned counsel, for the purpose of seeking appointment, under the Standing Order approved by the District Court on April 5, 2016.

Undersigned counsel is currently a member in good standing of the bar of this Court. Undersigned counsel also is a member of the CJA panel for this Court.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on June 3, 2016.

/s/ Paul J. Garrity
Paul J. Garrity